BOGUE-WENSLEY LEAD COMPANY v. PAUL WENGER.—Application denied,

with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.